# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZIAD AYOUB,<br><br>Plaintiff,<br><br>vs.<br><br>LAW OFFICES OF MICHAEL & ASSOCIATES, et al.,<br><br>Defendants. | CASE NO.  12-CV-1480-IEG (BLM)<br><br>**ORDER**<br>**1. GRANTING JOINT MOTION TO DISMISS COUNTERCLAIM; AND**<br><br>[Doc. No. 11]<br><br>**2. DENYING PLAINTIFF'S MOTION TO DISMISS AS MOOT**<br><br>[Doc. No. 10] |

On June 18, 2012, Plaintiff Ziad Ayoub filed a complaint alleging, *inter alia*, violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*., by Defendants the Law Offices of Michael & Associates and American Express Bank FSB ("Amex"). [Doc. No. 1.] On August 30, 2012, with its answer to the complaint, AMEX filed a counterclaim for breach of contract and related common law theories. [Doc. No. 4.] On October 6, 2012, Plaintiff filed a motion to dismiss Amex's counterclaim for a lack of jurisdiction. [Doc. No. 10.] On October 29, 2012, the parties filed a joint motion to dismiss Amex's counterclaim without prejudice. [Doc. No. 11.] For good cause shown, the Court **GRANTS** the parties' joint motion, **DISMISSES** Amex's counterclaim without prejudice, and accordingly **DENIES** Plaintiff's motion to dismiss as moot.

**IT IS SO ORDERED.**

**DATED:**     November 2, 2012

*Irma E. Gonzalez*
**IRMA E. GONZALEZ**
**United States District Judge**